(101 So. 780)

Ex parte Warner ADKINS et al. (7 Div. 532.)

(Supreme Court of Alabama. Nov. 6, 1924.)

Certiorari to Court of Appeals.

Isbell & Scott, of Ft. Payne, for petitioners. Harwell G. Davis, Atty. Gen., opposed.

BOULDIN, J. Petition of Warner Adkins and Burnett Adkins for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Adkins et al. v. State, 20 Ala. App. 278, 101 So. 779.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

<hr>

(101 So. 774)

Ex parte Clyde JOHNS. (8 Div. 709.)

(Supreme Court of Alabama, Nov. 6, 1924.)

Certiorari to Court of Appeals.

Milo Moody, of Scottsboro, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Clyde Johns for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Johns v. State, 20 Ala. App. 299, 101 So. 772.

Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.